UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
DSC-SDTX
FILED
JUL 3 1 2014 2B
David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Joe Adam Vega | | |
| *Defendant* | § | Case Number: 5:14-MJ-1019-1 |

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for **August 5, 2014 at 10:00 AM**, before United States Magistrate Judge J. Scott Hacker, at 1300 Victoria, Courtroom 2C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

DIANA SONG QUIROGA
United States Magistrate Judge

Date of order: **July 31, 2014**

CHARGE:    Title 8, United States Code, Section(s) 1324.

/cd