IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
DSQ-SDTX
FILED

JUL 3 1 2014  2B

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

VS.

Joe Adam Vega

DOCKET NO. ___5:14mj1019___

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant(s) named above. Designation and detention as material witnesses under 18 U.S.C. Section 3144 is requested for:
**Jose De Jesus Moreno Morales**

These material witnesses are citizens of ___Mexico___, and have admitted belonging a class of aliens who are deportable, and to being illegally within the United States. Should they be released and returned to their native country, they will likely not be subject to be subpoenaed to the United States. Thus, it would be impracticable to secure their presence at such time as the case is called for trial so we request they be held as material witnesses.

___Carlos Hinojosa___
Agent, Department of Homeland Security

SWORN TO AND SUBSCRIBED BEFORE ME this  __31__  day of  __July__  2014

___Diana Song Quiroga___
UNITED STATES MAGISTRATE JUDGE

It is ORDERED this  __31__  day of  July  2014, that each of the above material witnesses this day brought before me, be commited to the custody of the United States Marshal's Service on a $5,000.00 cash of surety bond, pending disposition of the above captioned case, at which time the United States Marshal's Service shall release each witness from custody upon notice and request from the United States Attorney's Office, Southern District of Texas, Laredo Division. Service of a United States Department of Justice Form OBD-3 ("Fact Witness Voucher") from the United States Attorney's Office in Laredo, Texas to the United States Marshal's Service office in Laredo, Texas regarding each material witness to be released shall satisfy such notice and request.

UNITED STATES MAGISTRATE JUDGE

U.S. Department of Homeland Security
Customs and Border Protection

IMMIGRATION DETAINER - NOTICE OF ACTION
BY CUSTOMS AND BORDER PROTECTION