# DIANA SONG QUIROGA,
United States Magistrate Judge, Presiding

United States Magistrate Court
DSQ-SDTX
FILED
JUL 31 2014 2B

David J. Bradley, Clerk
Laredo Division

| | | | |
|---|---|---|---|
| Deputy Clerk | Cindy Dominguez-De Leon | Open | 9:31 AM |
| Court Reporter | Terry Lozano, ERO | | |
| Court Interpreter | Zeph Pease (used) | Adjourn | 9:33 AM |
| U.S. Pretrial | Nora Estrada | | |
| U.S. Marshal | Deputy Fisher | | DATE July 31, 2014 |

Southern District of Texas / Laredo Division Docket No. 5:14-MJ-1019-1
**Material Witness Docket No. 5:14-MJ-1019-1**

| | | |
|---|---|---|
| United States of America | § | Jim Hepburn, AUSA |
| vs | § | |
| Joe Adam Vega, Defendant | § | Maria Ellena Morales, appointed |

## Courtroom Minutes
### Initial Appearance of Material Witness

✔ Initial appearance of **Material Witness,** Jose De Jesus Moreno Morales

✔ Material Witness' first appearance. Material Witness advised of rights.

✔ Material Witness advised that no charges are pending and that Material Witness is detained in case number 5:14-MJ-1019 USA v. Joe Adam Vega.

✔ FINANCIAL AFFIDAVIT, executed.

✔ Material Witness requests appointed counsel.

✔ Private Attorney, appointed. Next on list: Maria Ellena Morales (not present in courtroom)

✔ Bond set at $5,000.00 cash or surety.

✔ Material Witness **remanded** to the custody of U.S. Marshals.

/cd